# BLANCHE DIXON ET AL. *v.* BALTIMORE AMERICAN INSURANCE COMPANY.

### [Nos. 30, 31, October Term, 1936.]

*Decided November 20th, 1936.*

The causes were argued before BOND, C. J., URNER,

OFFUTT, PARKE, SLOAN, MITCHELL, SHEHAN, and JOHNSON, JJ.

*David Ash,* for the appellants.

*J. Calvin Carney* and *Charles G. Page,* for the appellee.

SHEHAN, J., delivered the opinion of the Court.